# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00171-CV

Brenda Simmons McGowen and Evelyn Simmons Woodfork,
Appellants

v.

Vanderbilt Mortgage & Finance, Inc.,
Appellee

On appeal from the
278th District Court of Walker County, Texas
Judge Tracy Sorenson, presiding
Trial Court Cause No. 2029747

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Brenda Simmons McGowen and Evelyn Simmons Woodfork appealed from a final judgment signed by the trial court on December 16, 2024. The appellants filed a motion for new trial on December 20, 2024. The appellants' first notice of appeal was filed in the trial court on April 28, 2025. After that appeal was dismissed by this Court on May 29, 2025, the appellants filed a second notice of appeal in the trial court on June 2, 2025. *See McGowen v.*

*Vanderbilt Mortg. & Fin., Inc.*, No. 10-25-00138-CV, 2025 WL 1523017, 2025 Tex. App. LEXIS 3674 (Tex. App.—Waco May 29, 2025, no pet. h.). No motion for rehearing was filed in the earlier appeal, and nothing in the notice of appeal filed in this proceeding in the trial court indicates that the appellants were attempting to file a motion for rehearing of the prior appeal.

By letter from the Clerk of this Court dated June 4, 2025, the appellants were informed that the second notice of appeal appeared to be untimely and a response was requested relating to whether this Court has jurisdiction over this appeal. No response has been filed.

We find that the notice of appeal was not timely. Accordingly, we dismiss this appeal for want of jurisdiction. TEX. R. APP. P. 26.1; 42.3(a).

STEVE SMITH
Justice

OPINION DELIVERED and FILED: June 26, 2025

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Appeal dismissed
CV06

